Wells Fargo Bank, National Association
Martin C. Bryce, Jr., Esq.
Elanor A. Mulhern, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
*Attorneys for Defendant*

| | |
|---|---|
| Robert D. Kline | IN THE COURT OF COMMON PLEAS OF THE 17TH JUDICIAL DISTRICT OF PENNSYLVANIA SNYDER COUNTY BRANCH |
| Plaintiff | |
| v. | CIVIL ACTION |
| Wells Fargo Bank, National Assoc. | NO. CV-2-2017 |
| Defendant. | |

## <u>AMENDED NOTICE OF FILING NOTICE OF REMOVAL</u>

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that Defendant Wells Fargo Bank National Assoc.

("Wells Fargo") has removed this case to the United States District Court for the Middle District

of Pennsylvania.  Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further

unless and until the case is remanded."  A copy of the Notice of Removal filed in the United

States District Court is attached as <u>Exhibit 1</u>.

Dated:          April 13, 2017          Respectfully Submitted,

*/s/ Elanor A. Mulhern*

Martin C. Bryce, Jr.
(Pa. ID No. 59409)
Elanor A. Mulhern
(Pa. ID No. 322185)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor

Philadelphia, PA  19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999

*Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of April 2017, I have caused a true and correct copy of the foregoing Amended Notice of Filing of Notice of Removal to be served on the following through certified mail:

> Robert D. Kline
> 1145 Fairview Road
> McClure, PA 17841
> *Plaintiff pro se*

> */s/ Elanor A. Mulhern*
> Elanor A. Mulhern, Esq.