# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Martin C. Bryce, Jr.
Tel: 215.864.8238
Fax: 215.864.8999
bryce@ballardspahr.com

April 26, 2017

Honorable Robert D. Mariani
United States District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Willamsport, PA  17701

Re:   Robert D. Kline v. Wells Fargo Bank
      No. 4:17-cv-00615

Dear Judge Mariani:

The undersigned represents Wells Fargo Bank in the above-captioned action.  Mr. Kline is proceeding *pro se*.  I write to advise the Court that the matter has settled and a draft settlement agreement and stipulation of dismissal have been sent to Mr. Kline.  We fully expect he will execute them and the stipulation will be on file shortly.

Should Your Honor have any questions, please feel free to contact me.

Respectfully yours,

Martin C. Bryce, Jr.

MCB/gpa

cc:   Robert D. Kline

DMEAST #29295491 v1

Atlanta | Baltimore | Bethesda | Delaware | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix
Salt Lake City | San Diego | Washington, DC | www.ballardspahr.com