UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE, J.D.<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, National Assoc.<br><br>Defendant. | Civil Action<br><br>No. 4:17-cv-00615-RDM-MCC |

## JOINT STATUS REPORT

The parties submit this joint report pursuant to the Court's July 7, 2017 Order. The parties have settled this matter in principal subject to the execution of a written Settlement Agreement. The parties have been exchanging drafts of said Settlement Agreement. The parties hope to have agreed on a final version of the Settlement Agreement and to have the same executed no later than August 15, 2017.

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 864.8238
*Attorneys for Defendant*

/s/ Robert D. Kline
Robert Kline
1145 Fairview Road
McClure, PA  17841

*Plaintiff, Pro Se*

## **CERTIFICATE OF SERVICE**

I, Martin C. Bryce, Jr. hereby certify that on this 20th day of July, 2017, I caused a true and correct copy of the Joint Status Report to be served via first class mail, postage prepaid, as follows:

>Robert D. Kline
>1145 Fairview Road
>McClure, PA  17841

>/s/  Martin C. Bryce, Jr.
>Martin C. Bryce, Jr.