UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE, J.D.<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, National Assoc.<br><br>Defendant. | Civil Action<br><br>No. 4:17-cv-00615-RDM- |

### STIPULATON OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to the terms of the parties' settlement agreement.

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 864.8238
*Attorneys for Defendant*

/s/ Robert D. Kline
Robert Kline
1145 Fairview Road
McClure, PA  17841

*Plaintiff, Pro Se*

SO ORDERED:

_____
Honorable Robert D. Mariani